2017 ND 279

**Ernest COPPAGE, Petitioner and Appellant**

v.

**STATE of North Dakota, Respondent and Appellee**

No. 20170277

Supreme Court of North Dakota.

Filed 12/7/2017

2017 ND 288

**Dawn OSBORNE, Plaintiff and Appellant**

v.

**BROWN & SAENGER, INC., Defendant and Appellee**

No. 20170254

Supreme Court of North Dakota.

Filed 12/7/2017

Kiara C. Kraus–Parr, Grand Forks, ND, for petitioner and appellant.

Tessa M. Vaagen, Burleigh County Assistant State's Attorney, Bismarck, ND, for respondent and appellee.

Per Curiam.

[¶ 1] Ernest Coppage appeals from a district court order summarily dismissing his application for post-conviction relief. Coppage argues the district court erred in summarily dismissing his application for post-conviction relief because his counsel was ineffective and the district court judge should have recused herself. We summarily affirm under N.D.R.App.P. 35.1(a)(6).

[¶ 2] Gerald W. VandeWalle, C.J.

Jon J. Jensen

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers